IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SK INNOVATION CO., LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>LG CHEM, LTD. AND LG CHEM MICHIGAN INC.,<br><br>  Defendants. | C.A. No. 19-1638-CFC<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

At Wilmington, this 18th day of February, 2021, upon consideration of Plaintiff's Unopposed Motion to Add Party and Amend Complaint ("the Motion");

IT IS HEREBY ORDERED that SK Innovation Co., Ltd.'s Motion is GRANTED; that Plaintiff shall file the amended complaint attached to the Motion; that LG Energy Solution, Ltd. shall be added as a defendant in this case; and that the case caption shall be modified to reflect the addition of LG Energy Solution, Ltd. and the renaming of Defendant LG Chem Michigan, Inc. to LG Energy Solution Michigan, Inc. This order will not affect the stay currently entered in this case, and Defendants' time to respond to the Amended Complaint will not begin to run until the conclusion of the stay.

_____
The Honorable Colm F. Connolly

1